```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
BOARD OF TRUSTEES OF THE TEAMSTER  )   NO. C 05 1647 CRB
LOCAL UNION NO. 856, et al.        )
                                   )
              Plaintiff,           )
                                   )   ORDER TO CONTINUE CASE
        vs.                        )   MANAGEMENT CONFERENCE
                                   )
PERSONALITY HOTELS II,INC.,etc.    )
                                   )
              Defendant.           )
_____)
```

IT IS ORDERED that the Case Management Conference in this case originally set for August 19, 2005 be continued to ~~September 16~~ October 14, 2005 at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: August 9, 2005                    _____
                                         Honorable Charles R. Breyer

[APPROVED — Judge Charles R. Breyer, United States District Court, Northern District of California seal]

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE         1