ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL UNION NO. 856., et al.<br><br>                Plaintiff,<br><br>     vs.<br><br>PERSONALITY HOTELS II, INC., a California corporation, also known PERSONALITY HOTELS, INC.,<br><br>                Defendant. | NO. C 05 1647 CRB<br><br>ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case originally set for October 28, 2005 be continued to the date and time of the motion for default judgment to be filed by plaintiff.

Dated: October 24, 2005                    _____
                                            Judge Charles R. Breyer



ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE            1